UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CHILDREN'S HEALTH DEFENSE, and
AMY MILLER, an individual

v.    Case No. _____

FOOD & DRUG ADMINISTRATION, and
JANET WOODCOCK, acting
commissioner of Food & Drugs

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for __Plaintiffs_____,

certify to the best of my knowledge and belief:

☒ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☐ My client has the following parent corporation(s):

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

/s/ Derek Jordan
(Signature of Counsel)

August 31, 2021
(Date)