# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOOD & DRUG ADMINISTRATION, et al., <br><br> Defendants | Case No. 1:21-cv-00200 |

**DECLARATION OF ROBERT E. BARNES, ESQ., IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION TO ISSUE AN ORDER STAYING THE FOOD and DRUG ADMINISTRATION'S BIOLOGIC LICENSE FOR THE PFIZER COMIRNATY COVID-19 VACCINE [5 U.S.C. §705]**
[*Ex Parte* Application and Motion For Stay Order filed concurrently]

BARNES LAW
Derek A. Jordan (Tenn. Bar No. 34299)
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (310) 510-6211
Email: derekjordan@barneslawllp.com

Attorneys for Plaintiffs CHILDREN'S HEALTH DEFENSE and AMY MILLER.

Case No. 1:21-cv-00200
Declaration of Robert E. Barnes, Esq., In Support Of Plaintiffs' *Ex Parte* Application To Issue Stay Order [5 U.S.C. §705]

Case 1:21-cv-00200-DCLC-CHS   Document 8-1   Filed 09/09/21   Page 1 of 3   PageID #: 561

I, ROBERT E. BARNES, Esq., hereby declare as follows:

1. I am an attorney, duly licensed to practice law in the State of Tennessee. I am the principal of Barnes Law, and plaintiffs Children's Health Defense and Amy Miller are my clients ("Plaintiff"). I make this declaration in support of Plaintiffs' *Ex Parte* Application To Issue An order Staying The Food and Drug Administration's Biologic License For The Pfizer Comirnaty COVID-19 Vaccine (the "Application").

2. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

3. On August 31, 2021, the complaint in this action was filed.

4. On September 3, 2021, Plaintiffs filed a request for the clerk of this Court to issue a summons for service.

5. On September 7 and 8, 2021, Plaintiffs had the summons and complaint in this action served upon the Defendants pursuant to FRCP 4(i).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2021, in Las Vegas, Nevada.

_____
Robert E. Barnes, Esq.
Declarant

- 1 -

Case No. 1:21-cv-00200
Declaration of Robert E. Barnes, Esq., In Support Of Plaintiffs' *Ex Parte* Application To Issue Stay Order [5

Case 1:21-cv-00200-DCLC-CHS   Document 8-1   Filed 09/09/21   Page 2 of 3   PageID #: 562

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

CHILDREN'S HEALTH DEFENSE, et al,

    Plaintiffs,

v.

FOOD & DRUG ADMINISTRATION, et al.

    Defendants.

Case No.: 1:21-cv-00200

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, Robert Holzinger, am a citizen of the United States and am at least 18 years of age. My business address is 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

I am not a party to the above titled action. I have caused service of "**Declaration of Robert E. Barnes, Esq., In Support of Plaintiffs'** *Ex Parte* **Application To Issue An Order Staying The Food and Drug Administration's Biologic License For the Pfizer Comirnaty COVID-19 Vaccine [5 U.S.C. § 705]**" on the following party(ies) by filing with the Clerk of the Court using the CM/ECF system, and that a courtesy copy was forwarded by mail to the following defendant parties:

Food & Drug Administration
c/o U.S. Attorney's Office
1110 Market Street, Suite 515
Chattanooga, TN 37402

Food & Drug Administration
c/o U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Janet Woodcock,
acting commissioner of Food & Drugs
Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2021.

/s/ Robert Holzinger