IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

CHILDREN'S HEALTH DEF., *et al.*,

    *Plaintiffs*,

v.

FOOD & DRUG ADMIN., *et al.*,

    *Defendants*.

Case No. 1:21-cv-00200-DCLC-CHS

## **STIPULATED MOTION FOR ENTRY OF SCHEDULING ORDER**

In this action brought under the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.*, the parties have conferred through counsel regarding an appropriate schedule for proceeding in this matter. Having done so, the parties jointly request that the Court enter an Order establishing the following schedule:

| Filing Event | Deadline |
| --- | --- |
| Plaintiffs' amended complaint and/or amended motion for a preliminary injunction | September 17, 2021 |
| Defendants' combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction | October 14, 2021 |
| Plaintiffs' combined reply in support of their motion for a preliminary injunction and opposition to Defendants' motion to dismiss | October 20, 2021 |
| Defendants' reply in support of their motion to dismiss | November 3, 2021 |

Dated: September 15, 2021                    Respectfully submitted,


*/s/ Robert E. Barnes* (with permission)     */s/ Noah T. Katzen*
 Derek A. Jordan, Esq.                       Noah T. Katzen
Tennessee Bar No. 34299                      Trial Attorney
Robert E. Barnes, Esq.                       Consumer Protection Branch
*Subject to admission Pro Hac Vice*          United States Department of Justice
700 South Flower Street, Ste. 1000           450 5th St., N.W.
Los Angeles, California 90017                Washington, D.C. 20530
Tel: 310-510-6211                            Tel: 202-305-2428
Derekjordan@barneslawllp.com                 Noah.T.Katzen@usdoj.gov
Robertbarnes@barneslawllp.com

                                             *Counsel for Defendants*
*Counsel for Plaintiffs*


**SO ORDERED.**


Date: _____

                                             _____
                                             Clifton L. Corker
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 15, 2021, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via this Court's CM/ECF system.

*/s/ Noah T. Katzen*
Noah T. Katzen