UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEF., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00200-DCLC-CHS |
| | ) | |
| vs. | ) | |
| | ) | |
| FOOD & DRUG ADMIN., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the parties' Joint Motion for Entry of Scheduling Order [Doc. 12]. The parties have agreed to a briefing schedule for Plaintiffs' amended complaint and motion for a preliminary injunction and Defendants' motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction. After thorough consideration of the motion, it is hereby **ORDERED** that the Joint Motion [Doc. 12] is **ADOPTED** and that the parties are to abide by the schedule in their Joint Motion [Doc. 12].

SO ORDERED:

s/ Clifton L. Corker
United States District Judge