IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

CHILDREN'S HEALTH DEFENSE, *et al.*,

    *Plaintiffs*,

    v.

FOOD & DRUG ADMINISTRATION, *et al.*,

    *Defendants*.

Case No. 1:21-cv-00200-CLC-CHS

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Before the Court are Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss. Having considered the parties' arguments in light of the governing standards, it is hereby ORDERED that Defendants' motion to dismiss with prejudice is GRANTED and Plaintiff's motion for a preliminary injunction is DENIED. The Clerk shall enter this order and close the case.

    SO ORDERED.


Dated: _____                      _____

                                                                                    Hon. Clifton L. Corker
                                                                                    United States District Judge