IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHILDREN'S HAVE DEFENSE and AMY MILLER, | Case No. 1:21-cv-00200 |
| Plaintiffs, | |
| v. | |
| FOOD and DRUG ADMINISTRATION, and JANET WOODCOCK, Acting Commissioner of Food and Drug Administration, | |
| Defendants. | |

CHILDREN'S HEALTH DEFENSE and AMY MILLER,

Plaintiffs,

v.

FOOD and DRUG ADMINISTRATION, and JANET WOODCOCK, Acting Commissioner of Food and Drug Administration,

Defendants.

Case No. 1:21-cv-00200

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF MOTION FOR A STAY**

**Declaration of Mary Holland
In Support of Children's Health Defense and Amy Miller**

I, Mary S. Holland am President and General Counsel of Children's Health Defense.

1. The interests of the adult military members that CHD protects are clearly related to CHD's mission and overarching goals as an organization.

2. Plaintiff Children's Health Defense ("CHD") is a large organization that reaches well over 5 million individuals every month through our publications and TV channels. CHD also has tens of thousands of lifetime members.

3. Included in our member roster are the service-member plaintiffs whose declarations are included in exhibits 3-16 (ecf 15) in support of Plaintiff's Amended Motion to Stay (ecf 14).

4.  CHD's stated mission: "one thing we all share is our passionate belief that we have public health policies and practices that are harming our children. For the future good health of our children and planet, we call for more research and transparency." And, "end the childhood health epidemics by working aggressively to eliminate harmful exposures, hold those responsible accountable, and establish safeguards so this never happens again."

5.  Although CHD is called Children's Health Defense, our organization aggressively fights to protect all citizens from various forms of tyranny: wireless radiation harms, glyphosate toxicity, and university student vaccine mandates, to name a few.

6.  All ages are represented in CHD's advocacy. It is the voice for those oppressed by corporate capture of Federal agencies.

7.  Make no mistake, the FDA's EUA confusion affects CHD-members and their children (currently - ages 12 and up). The confusion as to licensure and EUA dramatically affects the lifetime (CHD members -- ecf 15 exhibits 3-16) servicemen and women and their children.

8.  CHD is extremely concerned that left unchecked, a potential authorization of EUA Pfizer vaccines for children aged 5-11 could come within days.

9.  The imminent impact of this case on our members could hardly be greater.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 20, 2021.

Mary S. Holland