UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEF., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) 1:21-CV-00200-DCLC-CHS |
| | ) |
| vs. | ) |
| | ) |
| FOOD & DRUG ADMIN., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

This case came before the Court on Defendants' Motion to Dismiss [Doc. 22]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' Motion to Dismiss [Doc. 22] is **GRANTED**. Accordingly, Plaintiffs' motions to stay [Docs. 9, 14] are **DENIED**, and their amended complaint [Doc. 19] against Defendants is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court