# United States District Court for the Eastern District of Tennessee

CHILDREN'S HEALTH DEFENSE;

AMY MILLER

**Plaintiff,**

vs.                                             CASE NO. 1:21-cv-00200

FOOD & DRUG ADMINISTRATION;

JANET WOODCOCK

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Children's Health Defense and Amy Miller, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from the final judgment of dismissal
(the final judgment) (from an
and denial of plaintiffs' motions to stay entered in this action on the 30th day of
order (describing it))
November, 2021. [Doc. Nos. 28 and 29]

(s) Derek Jordan   (Tennessee Bar No. 34299)

Address: 700 South Flower Street

Suite 1000

Los Angeles, CA 90017

Attorney for plaintiffs

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99