**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 17, 2021

Mr. Derek Alan Jordan
Barnes Law
700 S. Flower Street
Suite 1000
Los Angeles, CA 90017

Re: Case No. 21-6203, *Children's Health Defense, et al v. FDA, et al*
Originating Case No. : 1:21-cv-00200

Dear Counsel,

   This appeal has been docketed as case number **21-6203** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 3, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | |
|---|---|
| Appellant: | Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                    Sincerely yours,

                                    s/Julie Anne Connor
                                    Case Manager
                                    Direct Dial No. 513-564-7033

cc:   Noah T. Katzen
      Mr. Kimberly R. Stephens

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 21-6203

CHILDREN'S HEALTH DEFENSE; AMY MILLER

    Plaintiffs - Appellants

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, MD

    Defendants - Appellees