## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 30, 2022

Ms. LeAnna Wilson
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Re: Case No. 21-6203, *Children's Health Defense, et al v. FDA, et al*
Originating Case No.: 1:21-cv-00200

Dear Ms. Wilson:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
  for Julie Connor, Case Manager

cc: Mr. Robert E Barnes
    Mr. Ray L. Flores
    Mr. Sean Janda
    Ms. Kimberly Ruthsatz Stephens

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-6203

_____

Filed: September 30, 2022

CHILDREN'S HEALTH DEFENSE; AMY MILLER

    Plaintiffs - Appellants

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, MD

    Defendants - Appellees

MANDATE

  Pursuant to the court's disposition that was filed 07/12/2022 the mandate for this case hereby issues today.

COSTS:  None