# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 23, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Dec 29, 2022
DEBORAH S. HUNT, Clerk

Re:  Children's Health Defense, et al.
     v. Food and Drug Administration, et al.
     No. 22-584
     (Your No. 21-6203)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 20, 2022 and placed on the docket December 23, 2022 as No. 22-584.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst